# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00212-RBJ

TRAVIS COOK,

    Plaintiff,

v.

CITY OF ARVADA, COLORADO;
BRANDON VALDEZ, in his individual capacity;
SCOTT THOMAS, in his individual capacity;
RYAN CLARK, in his individual capacity;

    Defendants.

## MOTION TO WITHDRAW

Undersigned counsel hereby files this Motion to Withdraw. As grounds, he states that Mr. Cook has secured different counsel who have entered their appearance in this case. Wherefore, undersigned counsel asks that this Court allow him to withdraw as counsel for Mr. Cook.

    s/ *Adam Frank*
    Adam Frank
    FRANK & SALAHUDDIN LLC
    1133 N. Pennsylvania St.
    Denver, CO 80203
    Telephone: (303) 974-1084
    Fax: (303) 974-1085
    adam@fas-law.com

## **Certificate of Service**

      I hereby certify that on April 2, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that a copy of the foregoing was served via CM/ECF, addressed to the following:

David DeMuro
DDemuro@vaughandemuro.com

Gordon Vaughan
gvaughan@vaughandemuro.com

William A. Rogers III
wrogers@dietzedavis.com

William O'Connell III
WOConnell@warllc.com


                                              *s/ Adam Frank*
                                              FRANK & SALAHUDDIN LLC